_____ FILED _____ LODGED
_____ RECEIVED

Apr 10 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW GREENWOOD,<br><br>Defendant. | NO.   3:23-cr-05097-DGE<br><br>**INFORMATION** |

The United States Attorney charges that:

## COUNT ONE

### Conspiracy to Destroy Energy Facilities

On or about December 25, 2022, at Pierce County, within the Western District of Washington, MATTHEW GREENWOOD and coconspirator 1 did knowingly and willfully conspire to damage the property of an energy facility in any amount, and to cause a significant interruption and impairment of a function of an energy facility, namely, the energy facilities known as the Hemlock Substation, the Elk Plain Substation, the Graham Substation, and the Kapowsin Substation.

//

//

Information - 1
*United States v. Greenwood*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   All in violation of Title 18, United States Code, Section 1366(a).

2   DATED this __10th__ day of April, 2023.

3

4

5

6   NICHOLAS W. BROWN
    United States Attorney

7

8

9   TODD GREENBERG
    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Information - 2
*United States v. Greenwood*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970