MAGISTRATE JUDGE THERESA L. FRICKE

FILED ___ LODGED ___ RECEIVED
APR 28 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GREENWOOD, <br><br> Defendant. | No. CR23-5097-DGE <br><br> WAIVER OF AN INDICTMENT |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED this 28th day of April 2023.

_____
Matthew Greenwood
Defendant

_____
Rebecca Fish
Attorney for Matthew Greenwood

_____
JUDGE THERESA L. FRICKE
U.S. MAGISTRATE JUDGE

WAIVER OF AN INDICTMENT
(*United States v. Greenwood*, CR23-5097-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710