# Exhibit A

(*U.S. v. Greenwood*, CR 23-5097 DGE)

Dear Judge Estudillo,

I'm sorry. I'm sorry for all the lives that I affected, all the people that I put out, everybody from the people who had to come to fix what I did, to the people who had to go without power, to all the different problems that I know that I must have caused. I'm sorry. I know I affected a lot of people. I wasn't thinking about that when I did it. Had I been thinking even a little bit, I never would have done it. But I know there is nothing I can do to change what I did. I have just hoped and prayed that the people that I have affected could find it in their hearts to forgive me and know that I believe I should be punished, but also be able to see that I have changed my life completely and started a family of my own.

I've learned that being sober definitely plays a big part in being able to think clearly, being able to rationalize decisions. Becoming sober is the best decision I've made for my life, mine, and my familys future. I learned that there are always other ways to handle a situation. There is never a reason to act out in desperation. There is always the right way and lots of wrong ways. The wrong ways may seem easier but they're not and they're not right. I also learned that there are places in the community that could help me and my family. Before this, I didn't even know that there were programs that could help people like us, that could help us get into housing and treatment, besides a really basic shelter. Now I know of places I can turn to if I were ever in a crisis again. You can always ask for help. Even bigger than that, being sober finally, I know that I don't have to be in that situation again—I don't have to not have a job and not be able to take care of my family. I've now held a union job that I really enjoy for eight months in a trade that I'd never done before, completely out of order for what I knew how to do, and it lets me keep my family in an apartment and pay all of our bills on time. Along with my fiancé, we're doing everything we can to rebuild a normal life. Every day is becoming brighter for us and every choice we make is always the right one now and it feels amazing.

As we continue going forward, I just want to give my daughter the life that I and my fiancé never got the chance to have. I want her to grow up in a family where she feels loved and not stressed out, not listen to her parents fight, not be around drugs and chaos nonstop, not hurt for food and starving all the time, not wondering from day to day what's going to happen, or having the cops coming to your house all the time. I want my daughter to have a normal life. I don't want to be like my dad and be in and out of prison her whole life. Prison changes people. My dad is not anymore the dad I remember from when I was six or seven years old. I don't want to be like that. I have been blessed with the time to take the steps to change my life, to establish a beautiful life for my daughter, my fiance, and myself. We are a part of a wonderful church full of loving and supportive people who have taught us to fellowship with positive people and to make new friends and to have faith and love and wisdom and to seek God. With my new transition, I feel strong and healthy and I have peace of mind and can clearly see the wonderful, happy and successful future my family and I will share together.

I'm ready to start paying restitution. I'm more than willing to accept that. It's only right that I have to pay that back. I caused the damage. I don't know how I can make amends to the community. I can't replace Christmas. I can only hope and pray that those families and all those people are healthy and happy and I pray that God will bless them with good things that will give back what I have taken from them. All I can do is say that I'm sorry. I hope in the future I can help people who are struggling—people struggling with drugs and homelessness. If I knew back then what I know now, I know I could have helped my brother before it was too late. Now that I've learned

about the right things to do, I want to help people who feel hopeless like that to find hope and find help. There are a lot of people out there who have no idea what help is. They have no idea what to do. I'd like to use what I've learned to help them get pointed in the right direction, to know there are options, and not make desperate and bad decisions like the one I made here. I'm so sorry.

    Sincerely,

    Matthew Greenwood