# Exhibit B

(*U.S. v. Greenwood*, CR 23-5097 DGE)

Dear Judge Estudillo,
My name is Holly Fisher, Matthews fiance.
I wanted to write you to hopefully give you a better understanding about Matthew Greenwoods background and the changes he has made in his life since the day he was charged with the crime he committed on christmas.
Matthew and I never had a chance as children and growing up with both of our parents being alcoholics and our dads always being gone in our lives. We were beaten and abused and soon drop outs of high school.
We started using drugs because it was the only lifestyle we knew and were exposed to at such a young age. Im not proud to say that committing crimes was the only way we knew how to survive. It wasnt fun and it wasnt easy.
Matthew and I didnt think people cared about us. We were never surrounded by loving or caring people. Everyone we used to know were criminals just like us…without a thought…without a care.
I basically want to share with you that yes we lived a life of drugs and crime, and nothing good ever comes from that lifestyle and I apologize for being the people that we used to be.
Matthew and I have completely changed our lives all the way around. We are new people now. Our heads are clear and we think straight. I cant even imagine going back to the way things used to be.
I would like to point out how proud of Matthew I am. Im super proud of the both of us. You dont see people have the lifestyle that we had and go from that to completely changing everything in your life around.
Its been a whole year that we have both been 100% sober. No drugs, and not even a ciggerette anymore. It feels so good. We actually feel healthy, we look healthy, were strong and happy and every day is just positivity. Matthew is holding a great job that he really enjoys and has been able to pay all our bills and is able to pay rent in our own apartment with internet and a place to keep our clothes and cute things that we were able to get to make the place feel like home. We have never been able to do these things before. We werent used to having the feeling of safety and security and stability that we have now.
Not only did we completely change our lifestyle, but at the same time we both became new parents. We have a beautiful baby girl who will be a year old in february. Our daughter was born ██████████████████████████████████████████████████████████████████████████████████████████.
Matthew and I have been very supportive of each others sobriety and have been blessed to be able to be parents to our beautiful baby. She is the joy of our lives and is such a happy baby with both of her parents with her in her life.
We are going to give her the best life. A life full of happiness and love and joy.
I want you to know that it wasnt easy to just quit doing drugs and then suddenly have this wonderful new life, I want you to know that we took steps to get to where were at today and we are continuing taking these steps and continue to achieve our goals and staying strong. We have both completed several treatment centers, in patient and out patients. There was counceling involved and now we are involved in some programs and volunteer work at our church that we love and enjoy going to every week.

Matthew is very sorry for committing the crimes on christmas and it will be discouraging and sad for him to have to be sentenced after he had been given this whole year to change his life around and succeeded. Now living the right way and is a wonderful father. I cant imagine him not being around, and I hate to think about how heart broken our daughter will be when she realizes her daddy wont be here with us for who knows how long… I just wish he could be recognized for all the hard work he has put into changing his lifestyle and how wonderful it is and amazing to see. Because people dont make it out of that lifestyle very often. I know how hard it is. I know that Matthew is facing a punishment and he expects it…Im very scared and sad because Im trying to prepare myself for whatever the sentencing will be. I love Matthew so much. He is such a great loving father and I love that he has made it through this big change with me. We both got sober together and had a baby and a home and job…Its way more than we have ever had before. I am so proud of Matthew. Please forgive him and allow him to continue being successful with his new little family that he started.

sincerely ,
Holly Fisher