JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GREENWOOD, <br><br> Defendant. | No. CR23-5097-DGE <br><br> ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of Matthew Greenwood to file Exhibits C-D under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that Exhibits C-D be filed under seal.

Dated this 19th day of January 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

s/ *Rebecca C. Fish*
Assistant Federal Public Defender
Attorney for Matthew Greenwood

ORDER TO SEAL DOCUMENT
(*United States v. Greenwood*, CR23-5097-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710